1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON

10
11

RON HILL,                                          Civil No. C06-978-RSL

12

Plaintiff,

13

vs.                                                ~~PROPOSED~~ ORDER FOR EXTENSION

14
15

JO ANNE B. BARNHART,

16

Commissioner of Social Security,
        Defendant

17
18      Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant

19  shall have an extension to and including December 26, 2006, to file Defendant's answering brief.

20  It is further ORDERED that Plaintiff shall have to and including January 9, 2007, to file Plaintiff's

21
    Reply Brief.

22
23      DATED this 27th day of November, 2006.

24
25                                                 Mary Alice Theiler
                                                   United States Magistrate Judge

26
27
28  Page 1        ~~PROPOSED~~ ORDER- [C06-978-RSL]

1  Presented by:

2

3     s/ CAROL A. HOCH   WSB # 9289
      Special Assistant U.S. Attorney

4     Attorney for Defendant
      Office of the General Counsel

5     701 Fifth Ave, Ste 2900, M/S 901
      Phone:  206-615-2684

6     Fax:     206-615-2531
      carol.a.hoch@ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2      ~~PROPOSED~~ ORDER- [C06-978-RSL]