UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RON HILL,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Case No. C06-978RSL<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will reassess the severity of Plaintiff's mental impairments, using the special technique provided in the regulations. The ALJ will evaluate all medical source opinions of record, particularly those of Robert Parker, Ph.D.; San H. Suh, M.D.; Martha Glisky, Ph.D.; Alex Fisher, Ph.D.; Gerald Peterson, Ph.D.; and Raymond West, M.D., providing rationale explaining the relative weight afforded to each opinion. The ALJ will reassess Plaintiff's residual functional capacity and obtain vocational expert testimony that is based on complete and accurate

Page 1     PROPOSED ORDER- [CV-06-978-RSL]

hypothetical questions, and provide a reasonable explanation for any conflict between the vocational expert's testimony and the Dictionary of Occupational Titles (DOT).

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.  See, Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED this 4th day of January, 2007

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

Recommended for entry this
3rd day of January, 2007

S/ MARY ALICE THEILER
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:     206-615-2531
carol.a.hoch@ssa.gov

Page 2     PROPOSED ORDER- [CV-06-978-RSL]